# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE CRISTOBAL CARDONA, | : Civil No. 3:14-cv-1129 |
| Petitioner | : (Judge Mariani) |
| v. | : |
| WARDEN D. ZICKEFOOSE, | : |
| Respondent | : |

## ORDER

**AND NOW**, this 17th day of May, 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DENIED**. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge